# EXHIBIT B



## Call Us **888-982-8380**

# We are a Direct Lender for the Paycheck Protection Program

# CARES Act Paycheck Protection Program



# The Paycheck Protection Program is being processed through lenders across the country participating in this program. No fee, No collateral, and No personal guaranty required. Lending is at a fixed 1.00% interest rate for two years and the SBA guaranty fee is waived. Apply now!

**Are you a US citizen or permanent resident alien? ***

Yes

No

**Was your business operating on or before February 15, 2020? ***

Yes

No

**Do you have delinquent child support? ***

Yes

No

**Do you or your business currently owe back income or other employment taxes? ***

Yes

No

**Is the business or any owner excluded by any Federal department or agency from participation in any federal program or presently involved in any bankruptcy? ***

Yes

No

**Is the business, any of its owners, or any affiliates currently delinquent or has defaulted on any Federal loan or guarantee in the last 7 years ***

Yes

No

**Are you or any other owners presently subject to indictment, criminal information, arraignment, or other means by which formal criminal charges are brought in any jurisdiction, or presently incarcerated, on probation, or parole? ***

Yes

No

**Within the last 7 years, for any felony or misdemeanor for a crime against a minor, have you: 1.) Been convicted: 2.) Pleaded guilty, 3.) Pleaded nolo contendere: 4.) been placed on pretrial diversion: or 5.) been placed on any form or parole or probation (including before judgment)? ***

Yes

No

**2019 Year End Payroll Amount ***

**Average monthly payroll costs for 2019? ***

We are a Direct Lender for the Paycheck Protection Program – SBA Loan Program

# Monthly Payroll x 2.5= *

# Legal Name of Business as it Appears on Tax Returns *

# Type of Entity *

Please select one

# Years in Business? *

Please select one...

# Business Address *

Street Address

Address Line 2

City                                                State

ZIP Code

# Best phone number to reach you at? *

# Email *

# Federal Tax ID/EIN *

We are a Direct Lender for the Paycheck Protection Program – SBA Loan Program

# Last year business tax returns filed? *

## Principal Name *

First                                                                 Last

## Percentage of Ownership *

## How many owners with greater than 20% interest in your company? *

## Cell Phone *

## Gross Revenue 2019 *

## # of Employees *

## How did you hear about us? *

**Applicant's Certification: By submitting this application I/We are certifying that the information is correct to the best of my knowledge. I/We understand that the application will be retained whether or not approved. I/We are authorizing Ponte Investments, LLC, and their agents and/or affiliates to check /our credit and background history from time to time with any source and to answer questions relating to the credit experience with me/us. To help the government fight the funding of terrorism and money laundering activities, Federal Law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. What this means to you: When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents. ***

Accept

Reject

*This program follows the regulations of the Paycheck Protection Program. The money from the Paycheck Protection Program loan must be used for payroll, utilities, and/or business rent/mortgage purposes.

** If after normal business hours (9am EST – 5pm EST) you'll get your approval the next business day.

*** We are not the US Government, If you wish to apply for a Disaster Relief Loan follow this link to the SBA website www.sba.gov/disaster. The Paycheck Protection Program is not provided by the SBA.

☐ Why SBA Loan Program    ☐ Terms and Conditions    ☐ Testimonials    ☐ Inquire Here

☐ We are a Direct Lender for the Paycheck Protection Program

## CONTACTS

☐ 1300 Division Road, Suite 305 West Warwick, RI 02893, USA

☐ Phone: 888-982-8380

☐ Email: info@sbaloanprogram.com

☐ Website: sbaloanprogram.com

## ABOUT

What does the SBA offer to small business owners? The loan programs are many and varied, and the qualifications for each are specific. The SBA provides a number of financial assistance programs for small businesses that have been specifically designed to meet key financing needs, including debt financing, surety bonds, and equity financing.

## OFFICE HOURS

Monday through Friday
9am to 6pm EST

Trustpilot

Request Info

FAQs

Debt Calculator

## RECENT POSTS

☐ PPP loan applications in limbo at nation's banks
April 9, 2020

☐ CARES Act Paycheck Protection Program
April 9, 2020

Copyright © 2017 SBA Loan Program | Website Built by RI Web Gurus