# EXHIBIT C

**Call Us 888-982-8380**

# Paycheck Protection Program

# Low Interest Stimulus Relief Funding…



We are currently offering stimulus relief funding under the Economic Security Act (Cares Act). No collateral or personal guaranty required. Lending is at a fixed 4% interest rate and the SBA guaranty fee is waived. Apply now for same-day** approval…

## On Line Application

## Legal Name of Business as it Appears on Tax Returns *

## Type of Entity *

Please select one

## Years in Business? *

Please select one...

## Business Address *

Street Address

Address Line 2

City

State

ZIP Code

## Business Phone Number *

## Best phone number to reach you at? *

## Best Time to Call? *

Paycheck Protection Program – SBA Loan Program

## Federal Tax ID/EIN *

## 2019 Year End Payroll Amount *

## Principal Name *

First

Last

## Percentage of Ownership *

## Personal Address *

Street Address

Address Line 2

City

▾

State

ZIP Code

## Date of Birth *

Social Security Number *

Cell Phone *

Gross Revenue 2019 *

# of Employees *

Have you ever been arrested, convicted, or diverted for any felony or misdemeanors ? *

◯ Yes

◯ No

Are you a US citizen or permanent resident alien? *

◯ Yes

◯ No

Have you ever had an SBA loan or other government loan go into default? *

◯ Yes

◯ No

Do you or your business currently owe back income or other employment taxes? *

◯ Yes

◯ No

Where did you hear about us? *

Applicant's Certification: By submitting this application I/We are certifying that the information is correct to the best of my knowledge. I/We understand that the application will be retained whether or not approved. I/We are authorizing Ponte Investments, LLC, and their agents and/or affiliates to check /our credit and background history from time to time with any source and to answer questions relating to the credit experience with me/us. To help the government fight the funding of terrorism and money laundering activities, Federal Law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. What this means to you: When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents. **\***

◯ Accept

◯ Reject

SUBMIT

*This program follows the regulations of the Paycheck Protection Program. The money from the Paycheck Protection Program loan must be used for payroll, utilities, and/or business rent/mortgage purposes.

** If after normal business hours (9am EST – 5pm EST) you'll get your approval the next business day.

*** We are not the US Government, If you wish to apply for a Disaster Relief Loan follow this link to the SBA website www.sba.gov/disaster. The Paycheck Protection Program is not provided by the SBA.

Case 1:20-cv-00177-JJM-PAS Document 1-3 Filed 04/17/20 Page 8 of 9 PageID #: 29



- ▶ Why SBA Loan Program  ▶ Terms and Conditions  ▶ Testimonials
- ▶ Inquire Here  ▶ Paycheck Protection Program

## CONTACTS

📍 1300 Division Road, Suite 305 West Warwick, RI 02893, USA

📞 Phone: 888-982-8380

✉️ Email: info@sbaloanprogram.com

🌐 Website: sbaloanprogram.com

## ABOUT

What does the SBA offer to small business owners? The loan programs are many and varied, and the qualifications for each are specific. The SBA provides a number of financial assistance programs for small businesses that have been specifically designed to meet key financing needs, including debt financing, surety bonds, and equity financing.

Paycheck Protection Program | SBA Loan Program

## OFFICE HOURS

Monday through Friday
9am to 6pm EST

See our **84** reviews on



Request Info

FAQs

Debt Calculator

## RECENT POSTS

 6 tips to help you get a business loan

January 2, 2019

 New Sales Tax Rules Affect Certain Small Businesses Across the U.S.

December 18, 2018

Copyright © 2017 SBA Loan Program | Website Built by RI Web Gurus