### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　Plaintiff,<br><br><br><br>　　v.<br><br>PONTE INVESTMENTS, LLC, a limited liability company, also d/b/a SBA LOAN PROGRAM and d/b/a SBA LOAN PROGRAM.com, and<br><br>JOHN C. PONTE, individually and as an officer of PONTE INVESTMENTS, LLC,<br><br>　　Defendants. | **CASE NO. 1:20-cv-00177**<br><br><br>**EMERGENCY MOTION TO SHORTEN RESPONSE DEADLINES TO FTC'S FORTHCOMING MOTION FOR A TEMPORARY RESTRAINING ORDER, AND OTHER EQUITABLE RELIEF, AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |

Pursuant to Rule 7 of the Federal Rules of Civil Procedure, and Local Civil Rules 7(a)(3) and 9, the Federal Trade Commission ("FTC") moves for an order requiring Ponte Investments, LLC and John C. Ponte ("Defendants") to file a response by 5 p.m. on Monday, April 20, 2020 to the FTC's forthcoming motion for a temporary restraining order ("TRO"), and other equitable relief, and an order to show cause why a preliminary injunction should not issue.

As outlined in the FTC's Complaint (Dkt. 1), the FTC alleges that Defendants are violating Section 5 of the Federal Trade Commission Act, 5 U.S.C. § 45, by making misrepresentations to small businesses that they are authorized to provide Paycheck Protection Program ("PPP") loans to small businesses pursuant to the Coronavirus Aid, Relief, and Economic Security Act ("CARES Act"), P.L. 116-136. Because these actions harm small businesses' ability to access these funds—including by delaying their application to the limited pool of appropriated funds—the FTC intends to file shortly today a TRO motion that would, among other things, bar Defendants from making such representations.

1

In addition to serving the complaint, this emergency motion, and the TRO motion on Defendants by process server, the FTC intends to e-mail courtesy copies of these filings to Defendants immediately after filing the TRO motion today.

Under the Court's normal rules, Defendants' response would be due on May 1, 2020, during which time Defendants would continue harming small businesses through their misrepresentations.  The FTC thus respectfully requests that the Court shorten the time for Defendants' response, and order that any response be filed by 5 p.m. on Monday, April 20, 2020. The FTC also respectfully requests that the Court schedule a telephonic hearing on the motion at its earliest convenience.

Dated: April 17, 2020                                Respectfully submitted,


                                                     /s/ Thomas J. Widor
                                                     THOMAS J. WIDOR
                                                     D.C. Bar No. 490184
                                                     SANYA SHAHRASBI
                                                     D.C. Bar No. 1671001
                                                     DANIEL DWYER
                                                     California Bar No. 286701

                                                     Federal Trade Commission
                                                     600 Pennsylvania Ave., NW, CC-10232
                                                     Washington, DC 20580
                                                     (202) 326-3039 (Widor)
                                                     (202) 326-2709 (Shahrasbi)
                                                     (202) 326-2957 (Dwyer)
                                                     twidor@ftc.gov
                                                     sshahrasbi@ftc.gov
                                                     ddwyer@ftc.gov
                                                     Fax: 202-326-3768