## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br><br>    v.<br><br>PONTE INVESTMENTS, LLC, a limited liability company, also d/b/a SBA LOAN PROGRAM and d/b/a SBA LOAN PROGRAM.com, and<br><br>JOHN C. PONTE, individually and as an officer of PONTE INVESTMENTS, LLC,<br><br>    Defendants. | **CASE NO. 1:20-cv-00177**<br><br><br>**[PROPOSED] ORDER SHORTENING RESPONSE DEADLINES TO FTC'S FORTHCOMING MOTION FOR A TEMPORARY RESTRAINING ORDER, AND OTHER EQUITABLE RELIEF, AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |

WHEREAS, the Federal Trade Commission ("FTC") has filed a complaint against Ponte Investments, LLC and John C. Ponte ("Defendants") alleging violations of Section 5 of the Federal Trade Commission Act, 5 U.S.C. § 45;

WHEREAS, the FTC represents that it intends to file a motion seeking a temporary restraining order against Defendants;

WHEREAS, the FTC has filed an emergency motion to shorten Defendants' deadline to file a response to the FTC's motion for a temporary restraining order; and

WHERAS, the Court finds good cause to shorten the Defendants' deadline to file a response;

**THEREFORE, IT IS ORDERED:**

1.   Defendants shall file any response to the FTC's motion for a temporary restraining order by 5 p.m. on Monday, April 20, 2020.

2. The Court shall hold a telephonic conference on the FTC's motion for a temporary restraining order on April _____, 2020, at _____.

**SO ORDERED.**

_____
United States District Judge