# CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2020, copies of the foregoing will be served via personal service or otherwise, concurrent with the service of the summons and the complaint in this case. Counsel for Plaintiff Federal Trade Commission will file a supplemental certificate of service to identify the manner in which service was effected.

**Ponte Investments, LLC**
c/o Alfred T. Marciano, CPA
18 Imperial Place
Suite 1D
Providence, RI 02903

**John C. Ponte**
10 Brown and Howard Wharf
Unit 304
Newport, RI 02840

*Defendants*

/s/ Daniel Dwyer
THOMAS J. WIDOR
D.C. Bar No. 490184
SANYA SHAHRASBI
D.C. Bar No. 1671001
DANIEL DWYER
California Bar No. 286701

*Attorneys for Plaintiff*
Federal Trade Commission
600 Pennsylvania Ave., NW, CC-10232
Washington, DC 20580
(202) 326-3039 (Widor)
(202) 326-2709 (Shahrasbi)
(202) 326-2957 (Dwyer)
twidor@ftc.gov
sshahrasbi@ftc.gov
ddwyer@ftc.gov
Fax: 202-326-3768

1