UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>     Plaintiff,<br><br>     v.<br><br>PONTE INVESTMENTS, LLC, a limited liability company, also d/b/a SBA LOAN PROGRAM and d/b/a SBA LOAN PROGRAM.com, and<br><br>JOHN C. PONTE, individually and as an officer of PONTE INVESTMENTS, LLC,<br><br>     Defendants. | CASE NO. 1:20-cv-00177-JJM-PAS<br><br>**STIPULATED MOTION TO TEMPORARILY STAY THE CASE TO CONSIDER SETTLEMENT AGREEMENT** |

Pursuant to Rule 7 of the Federal Rules of Civil Procedure, and Local Civil Rule 7, the Federal Trade Commission ("FTC") and Ponte Investments, LLC and John C. Ponte ("Defendants") stipulate and jointly move the Court for an Order staying this case for 90 days, including staying any deadlines. Entering the stay will allow the FTC to seek Commission approval for a negotiated resolution that will avoid further litigation in this matter.

Counsel for FTC has negotiated a resolution of this matter with Defendants. While FTC counsel has authority to negotiate settlement agreements approved by Defendants, only a majority vote of the Commission, which is an independent federal agency, can approve such agreements. *See* 16 C.F.R. § 4.14. If the Commission approves the FTC counsel's recommendation, further litigation in this matter will not be necessary.

Because the FTC's review and approval process can take several weeks, the FTC respectfully requests that the Court stay the case for 90 days to allow adequate time for the Commission to review and approve the final order. Once the Commission has voted on the

1

recommendation, the FTC will accordingly advise the Court and, if authorized, submit a proposed stipulated final order and any other necessary filings.

Wherefore, based on the foregoing, the FTC and Defendants request that this Motion be granted and the case stayed for 90 days. No argument or hearing is required. LR Cv 7(c).

AGREED, CONSENTED & STIPULATED TO:

Federal Trade Commission

Ponte Investments, LLC, d/b/a SBA Loan Program, d/b/a SBA Loan Program.com; & John C. Ponte

By its Attorneys,

By their Attorney,

/s/ Thomas J. Widor
Thomas J. Widor (DC Bar #490184)
Sanya Shahrasbi (DC Bar #1671001)
Daniel Dwyer (DC Bar #286701)
Federal Trade Commission
600 Pennsylvania Ave., NW, CC-10232
Washington, D.C. 20580
Tel.: (202) 326-3039
Email: twidor@ftc.gov
Email: sshahrasbi@ftc.gov
Email: ddwyer@ftc.gov

/s/ Christopher M. Mulhearn
Christopher M. Mulhearn (RI Bar #5188)
Law Office of Christopher M. Mulhearn, Inc.
1300 Division Road, Suite 304
West Warwick, RI 02893
Tel.: (401) 533-9330
Email: cmulhearn@mulhearnlawri.com

2