**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | **CASE NO. 1:20-cv-00177-JJM-PAS** |
| **Plaintiff** | |
| **v.** | **JOINT MOTION FOR ENTRY OF STIPULATED FINAL ORDER FOR PERMANENT INJUNCTION** |
| **PONTE INVESTMENTS, LLC, a limited liability company, also d/b/a SBA LOAN PROGRAM and d/b/a SBA LOAN PROGRAM.com, and** | |
| **JOHN C. PONTE, individually and as an officer of PONTE INVESTMENTS, LLC,** | |
| **Defendants** | |

NOW COME Plaintiff, Federal Trade Commission ("Commission" or "FTC") and

Defendants, Ponte Investments, LLC, d/b/a SBA Loan Program, d/b/a SBA Loan Program.com,

and John C. Ponte (collectively, the "Defendants"), and each of them, by and through counsel,

and hereby move this Court for the entry of the attached proposed Stipulated Final Order for

Permanent Injunction (the "Stipulated Order"), appended as *Exhibit* 1.

In support of this request, the parties state and represent as follows:

1. On or about April 17, 2020, the FTC filed its Complaint as against the Defendants, and

   each of them, alleging violation of Section 5 of the FTC Act, 15 U.S.C. §45(a), in

   connection with the purported advertising, marketing, promotion, offering for sale or

sale of SBA-related products or services, including Paycheck Protection Program loans.

2. On or about April 20, 2020, the FTC and Defendants, and each of them, stipulated and agreed to the entry of a Stipulated Preliminary Injunction ("SPI").

3. The SPI was entered by the Court on or about April 20, 2020.

4. FTC Counsel and Defendants subsequently negotiated the proposed Stipulated Order.

5. Because only a majority vote of the Commission, which is an independent federal agency, can approve such agreements, *see* 16 C.F.R. § 4.14, the parties jointly moved the Court for a 90-day stay.

6. The Court granted the stay on July 8, 2020.

7. The Commission has now voted on FTC counsel's recommendation and authorized FTC counsel to file the Stipulated Order with the Court.

WHEREFORE, the FTC and the Defendants, and each of them, jointly move this Court for entry of the Stipulated Order.  No argument or hearing is required.  LR Cv 7(c).

AGREED, CONSENTED & STIPULATED TO:

Federal Trade Commission

Ponte Investments, LLC, d/b/a SBA Loan Program, d/b/a SBA Loan Program.com; & John C. Ponte

By its Attorneys,

By their Attorney,

/s/ Thomas J. Widor
Thomas J. Widor (DC Bar #490184)
Sanya Shahrasbi (DC Bar #1671001)
Daniel Dwyer (DC Bar #286701)
Federal Trade Commission
600 Pennsylvania Ave., NW, CC-10232
Washington, D.C. 20580
Tel.: (202) 326-3039
Email: twidor@ftc.gov
Email: sshahrasbi@ftc.gov
Email: ddwyer@ftc.gov

/s/ Christopher M. Mulhearn
Christopher M. Mulhearn (RI Bar #5188)
Law Office of Christopher M. Mulhearn, Inc.
1300 Division Road, Suite 304
West Warwick, RI  02893
Tel.: (401) 533-9330
Email: cmulhearn@mulhearnlawri.com

Dated: September 25, 2020

Dated: September 25, 2020